```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ARTURO GONZALEZ-MORAN, and<br>GILBERTO LORENZO-LUVIO<br><br>         Defendants. | Mag. 2:12-mj-00303 DAD<br><br>STIPULATION AND<br>ORDER CONTINUING PRELIMINARY<br>HEARING |

   IT IS HEREBY STIPULATED BY AND BETWEEN Assistant United States Attorney Michael D. McCoy, counsel for the plaintiff United States of America, and defendant Arturo Gonzalez-Moran, by and through his counsel Benjamin Galloway, and defendant Gilberto Lorenzo-Luvio, by and through his counsel Dina Santos, that good cause exists to continue the preliminary hearing currently set for November 27, 2012, at 2:00 p.m. to December 7, 2012, pursuant to Federal Rule of Criminal Procedure 5.1(d).

   On November 13, 2012, defendant Gonzalez-Moran and defendant Lorenzo-Luvio were charged by Criminal Complaint with knowingly

and intentionally possessing with the intent to distribute one or more kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1).  On that same day, both defendants were arrested and appeared in front of Magistrate Judge Dale A. Drozd for their initial appearance.  At the initial appearance, Magistrate Judge Drozd set the preliminary hearing for November 27, 2012.  The thirty period for filing an information or indictment in this matter, pursuant to 18 U.S.C. § 3161(b), runs on December 13, 2012.

    The Government expects to be able to provide the defendants with an initial production of discovery within the next 10 days. Once this initial production is provided, all parties will need time to review the discovery with their clients and prepare for the preliminary hearing.  The parties may also need time to consider a pre-indictment resolution of this matter. Because of this, good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).

    The government and defendants agree that the combination of pending discovery production, attorney preparation, and consideration of a possible pre-indictment resolution to this matter constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including December 7, 2012.

    Benjamin Galloway and Dina Santos both agree to this request and have authorized Assistant United States Attorney Michael D.

McCoy to sign this stipulation on his behalf.

DATED: November 21, 2012          By: /s/ Michael D. McCoy
                                      MICHAEL D. McCOY
                                      Assistant U.S. Attorney

DATED: November 21, 2012              /s/ Michael D. McCoy for
                                      BENJAMIN GALLOWAY
                                      Attorney for Defendant
                                      ARTURO GONZALEZ-MORAN

                                      /s/ Michael D. McCoy for
                                      DINA SANTOS
                                      Attorney for Defendant
                                      GILBERTO LORENZO-LUVIO

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for November 27, 2012, is continued to December 7, 2012, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including December 7, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date:   November 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE