```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ARTURO GONZALEZ-MORAN

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. 2:12-cr-0432 JAM
                                   )
13             Plaintiff,          )  STIPULATION AND ORDER FOR PRE-
                                   )  PLEA PSR AS TO CRIMINAL HISTORY
14       v.                        )  OF DEFENDANT GONZALEZ-MORAN
                                   )
15  ARTURO GONZALEZ-MORAN,         )  Date:  March 19, 2013
                                   )  Time:  9:45 a.m.
16             Defendant.          )  Judge: Hon. John A. Mendez
                                   )
17  _____)

18       Assistant United States Attorney MICHAEL D. MCCOY, counsel for the

19  plaintiff United States of America, and defendant ARTURO GONZALEZ-

20  MORAN, by and through his counsel BENJAMIN GALLOWAY, respectfully

21  request that this Court order the Probation Office to prepare a pre-

22  plea presentence report as to the criminal history of defendant

23  Gonzalez-Moran, and serve it on the parties prior to the next hearing

24  date.  The parties have agreed that the requested report would aid the

25  / / /

26  / / /

27  / / /

28  / / /
```

parties toward resolving the case.

Dated:  February 15, 2013          Respectfully submitted,

                                   JOSEPH SCHLESINGER
                                   Acting Federal Defender


                                   /s/ Benjamin Galloway
                                   BENJAMIN D. GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ARTURO GONZALEZ-MORAN

Dated:  February 15, 2013

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Benjamin Galloway for
                                   MICHAEL D. MCCOY
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


# **O R D E R**

The Court orders the United States Probation Office to prepare and disclose to the parties a pre-plea presentence report as to the criminal history of defendant Gonzalez-Moran.

**IT IS SO ORDERED.**

DATED: February 15, 2013

                                   /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Court Judge