JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO GONZALEZ-MORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0432 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ARTURO GONZALEZ-MORAN and GILBERTO LORENZO LUVIO, | Date: April 23, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MICHAEL McCOY, Assistant U.S. Attorney; defendant ARTURO GONZALEZ-MORAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant GILBERTO LORENZO LUVIO, by and through his counsel, PATRICK McCARTHY, that the status conference set for March 19, 2013 be continued to April 23, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

1  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 23, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 14, 2013                Respectfully submitted,

                                     JOSEPH SCHLESINGER
                                     Acting Federal Defender

                                     /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ARTURO GONZALEZ-MORAN


                                     /s/ Patrick McCarthy
                                     PATRICK McCARTHY
                                     Attorney for Defendant
                                     GILBERTO LORENZO LUVIO

DATED: March 13, 2013                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Benjamin Galloway for
                                     MICHAEL McCOY
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: March 14, 2013
                                     /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     United States District Judge

Stipulation/Order                -2-