J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA    95814
(916) 442-1932

Attorney for Defendant, Gilberto Lorenzo Luvio


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-0432 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | |
| ARTURO GONZALEZ-MORAN and GILBERTO LORENZO LUVIO | Date:  June 11, 2013 Time:  9:45 am Judge:  Hon. John A. Mendez |
| Defendants. / | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael McCoy, Assistant United States Attorney, attorney for Plaintiff; Benjamin Galloway, attorney for defendant Arturo Gonzalez-Moran, and J. Patrick McCarthy, attorney for defendant Gilberto Lorenzo Luvio, that the current Status Conference set for April 23, 2013  be continued to June 11, 2013 at 9:45 am.

The continuance is being requested because the parties need more time to evaluate the evidence and to seek resolution of the case.   The attorneys continue to accumulate additional information which must be considered in the evaluation process.

It is further stipulated and agreed between the parties that the period beginning April 23, 2013 to June 11, 2013, should be excluded in computing the time within which

the trial of the above criminal prosecution must commence for purposes of the Speedy

Trial Act for preparation of counsel.  All parties stipulate and agree that this is an

appropriate exclusion of time within the meaning of Title 18, United States Code,

Section 3161(h)(8)(iv) (Local Code T4).  The ends of justice served by the granting of

this continuance outweigh the interests of the public and the defendants in a speedy

trial.

Mr. McCoy and Mr. Galloway have authorized Mr. McCarthy to sign this

stipulation on their behalf.


Dated:  April 17, 2013                         Respectfully submitted,


                                               /S/  J. Patrick McCarthy
                                               J. PATRICK McCARTHY,  Attorney for
                                               Defendant Gilberto Lorenzo Luvio


                                               /S/ J. Patrick McCarthy for
                                               MICHAEL McCOY,
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff


                                               /S/ J. Patrick McCarthy for
                                               BENJAMIN GALLOWAY,
                                               Assistant Federal Defender, Attorney for
                                               Defendant, Arturo Gonzalez-Moran


**IT IS SO ORDERED.**

Dated:  4/18/2013

                                               /s/ John A. Mendez
                                               JOHN A. MENDEZ,
                                               UNITED STATES DISTRICT COURT JUDGE