HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO GONZALEZ-MORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-0432 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| ARTURO GONZALEZ-MORAN and ) | Date: July 30, 2013 |
| GILBERTO LORENZO LUVIO, ) | Time: 9:45 a.m. |
| ) | Judge: Hon. John A. Mendez |
| Defendants. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED and agreed to between the United States of America through MICHAEL McCOY, Assistant U.S. Attorney; defendant ARTURO GONZALEZ-MORAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant GILBERTO LORENZO LUVIO, by and through his counsel, PATRICK McCARTHY, that the status conference set for June 11, 2013 be continued to July 30, 2013 at 9:45 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

1  The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 30, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 6, 2013                Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ARTURO GONZALEZ-MORAN


                                   /s/ Patrick McCarthy
                                   PATRICK McCARTHY
                                   Attorney for Defendant
                                   GILBERTO LORENZO LUVIO

DATED: June 6, 2013                BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Benjamin Galloway for
                                   MICHAEL McCOY
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff



**O R D E R**

**IT IS SO ORDERED.**

DATED: June 6, 2013
                                   /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Court Judge

Stipulation/Order                  -2-