J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Defendant, Gilberto Lorenzo Luvio

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br>ARTURO GONZALEZ-MORAN and<br>GILBERTO LORENZO LUVIO<br><br>            Defendants.    / | Case No.  2:12-cr-0432 JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING DATE<br><br>Date:   January 28, 2014<br>Time:   9:45 am<br>Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael McCoy, Assistant United States Attorney, attorney for Plaintiff; Benjamin Galloway, attorney for defendant Arturo Gonzalez-Moran, and J. Patrick McCarthy, attorney for defendant Gilberto Lorenzo Luvio, that the sentencing date, scheduled for January 28, 2014, be vacated and a new date of February 11, 2014 at 9:45 am be set.

Counsel has conferred about this request and have agreed to a date of February 11, 2014.  The reason for this request is that J. Patrick McCarthy, attorney for defendant Gilberto Lorenzo Luvio, will be out of state on business on the currently scheduled date.

Mr. McCoy and Mr. Galloway have authorized Mr. McCarthy to sign this stipulation on their behalf.

Dated: January 2, 2014

Respectfully submitted,

/S/  J. Patrick McCarthy
J. PATRICK McCARTHY,  Attorney for Defendant Gilberto Lorenzo Luvio

/S/ J. Patrick McCarthy for
MICHAEL McCOY,
Assistant U.S. Attorney
Attorney for Plaintiff

/S/ J. Patrick McCarthy for
BENJAMIN GALLOWAY,
Assistant Federal Defender, Attorney for Defendant, Arturo Gonzalez-Moran

**IT IS SO ORDERED.**

Dated: 1/3/2014

/s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE